Order entered October 18, 2012



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00575-CV

**BETTER BUSINESS BUREAU OF METROPOLITAN DALLAS, INC., Appellant**

**V.**

**LLOYD WARD & ASSOCIATES P.C. AND LLOYD WARD, Appellees**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-03357-C**

## ORDER

The Court has before it appellees' October 1, 2012 motion for leave to file supplement to appellees' brief, which is unopposed. The Court **GRANTS** the motion and **ORDERS** appellees to file their supplemental brief within five days of the date of this order.



MOLLY FRANCIS
JUSTICE